Brenda Holter, appellee, v. Forest Webb Holter, appellant. Gen. Nos. 40,379, 40,563.

624

Opinion filed April 10, 1939. Rehearing denied April 24, 1939 for Gen. No. 40,563.

H. M. Phipps and Teed, Kammermann & Johnson, for appellant; Hugh E. Johnson, of counsel. Walter A. Myer, for appellee; Clyde C. Fisher, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.